# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-five.

Present:
    Eunice C. Lee,
        *Circuit Judge.*

---

Luisa Janssen Harger Da Silva,

    *Plaintiff-Appellee*,

v.

New York City Transit Authority, et al.,

    *Defendants-Appellants*.

**ORDER**

25-727

---

Appellee moves to dismiss this appeal for lack of jurisdiction. Upon due consideration, it hereby ORDERED that the motion to dismiss is REFERRED to the panel that will hear the merits of the appeal. Appellants are DIRECTED to file a new scheduling notification within 14 days of the date of entry of this order, pursuant to Second Circuit Local Rule 31.2.

    For the Court:
    Catherine O'Hagan Wolfe,
     Clerk of Court