Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
mcrema@kaplanmartin.com

September 3, 2026

**BY ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:* *Harger Da Silva v. New York City Transit Authority*, No. 25-0727 (2d Cir.)

Dear Ms. Wolfe:

We write on behalf of Defendants-Appellants the Metropolitan Transportation Authority and New York City Transit Authority (together, the "MTA Defendants") to address two matters in connection with the oral argument scheduled for Friday morning.

*First*, in light of *In re World Trade Center Disaster Site Litigation*, 521 F.3d 169, 186–87 (2d Cir. 2008), the MTA Defendants will not pursue interlocutory review of the district court's denial of summary judgment on their governmental-function defense. The MTA Defendants do not withdraw or waive the underlying defense, which they may assert in any appeal from final judgment. The MTA Defendants will focus their presentation on the New York qualified immunity defense, which is properly before the Court.

*Second*, in a letter filed earlier today, Plaintiff claims that the Opening Brief submitted by the MTA Defendants' prior lead counsel "do[es] not accurately reproduce the language" in *Haddock v. City of New York*, 75 N.Y.2d 478, 484 (1990), and *Zambrana v. New York City Transit Authority*, 14 A.D.3d 23, 25 (1st Dep't 2004). Dkt. No. 61 at 1 n.1. That is not correct, the quotations are accurate. From prior correspondence, we understand Plaintiff to mean that she objects to the MTA Defendants' characterization of the cited cases and believes that otherwise accurately quoted language was reproduced out of context. We respectfully disagree.

Plaintiff also informed the MTA Defendants that the word "reasonable" was omitted from the quotation of *Affleck v. Buckley*, 96 N.Y.2d 553 (2001), on page 26 of the Opening Brief. The correct quotation, including the word "reasonable," appears three pages earlier on page 23. The MTA Defendants regret the error.

Respectfully submitted,

*/s/ Max Crema*

Maximilian T. Crema

cc: Counsel of Record (via ACMS)